**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOSEPH DECKER,

    Plaintiff,

      v.

NORTHEAST REVENUE SERVICE,

    Defendant.

CIVIL ACTION NO. 3:17-CV-00240

(JUDGE CAPUTO)
(MAGISTRATE JUDGE ARBUCKLE)

## ORDER

**NOW**, this _25th_ day of January, 2018, upon review of the Report and Recommendation ("R&R") of Magistrate Judge Arbuckle (Doc. 19) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that Magistrate Judge Arbuckle's R&R is **ADOPTED in its entirety:**

(1)    Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice** due to a lack of subject matter jurisdiction. Plaintiff is free to file a Complaint in a court of competent jurisdiction.

(2)    Plaintiff's remaining motions (Doc. 2, 14, 15, and 16) are **DISMISSED** as moot.

(3)    The Clerk of Court is directed to mark this case as **CLOSED**.

_____
A. Richard Caputo
United States District Judge